Thomas B. Mayhew (State Bar No. 183539)
 tmayhew@fbm.com
Carly O. Alameda (State Bar No. 244424)
 calameda@fbm.com
Andrew A. Bozant (State Bar No. 305143)
 abozant@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
NESTLE WATERS NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROZ, SHNEUR GOTTLIEB and YEHOSHUA BLUM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NESTLE WATERS NORTH AMERICA INC., a Delaware Corporation, dba READYREFRESH BY NESTLE, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:16-cv-4418 SVW (JEMx)<br><br>**NESTLE WATERS NORTH AMERICA INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date: January 9, 2017<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 9, 2017, at 1:30 p.m. in Courtroom 6 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, or as soon thereafter as may be heard, Defendant Nestle Waters North America Inc. will, and hereby does, move for an order pursuant to Federal Rule of Civil Procedure

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NESTLE WATERS' MOT. TO DISMISS /
CASE NO. 2:16-CV-4418 SVW (JEMX)

32977\5653388.1

12(b)(6) dismissing Plaintiffs' Second Amended Complaint without leave to amend for failure to state a claim.

Plaintiffs' first four causes of action under the California Automatic Purchase Renewal Statute (Cal. Bus. & Prof. Code §§ 17600 *et seq.*) should be dismissed because there is no private right of action under Section 17600 *et seq.*, and Plaintiffs therefore cannot state a plausible claim for relief.

Plaintiffs' fifth and sixth causes of action, brought under California's Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200 *et seq.*) and California's False Advertising Law (Cal. Bus. & Prof. Code § 17535), should be dismissed because Plaintiffs cannot plausibly allege facts sufficient to demonstrate standing to bring these claims.

This motion is made following the telephonic conference of counsel pursuant to L.R. 7-3, which took place on September 7, 2016, as well as several email exchanges between Nestle Waters' counsel and Plaintiffs' counsel regarding Plaintiffs' amendments to their complaint and this Motion. This Motion is based on this notice of motion and motion, the supporting memorandum of points and authorities, the supporting declaration of Thomas B. Mayhew, the request for judicial notice filed herewith, and the court's records and files in this action.

Dated: October 28, 2016

FARELLA BRAUN + MARTEL LLP

By: /s/ Thomas B. Mayhew
Thomas B. Mayhew

Attorneys for Defendant
NESTLE WATERS NORTH AMERICA INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NESTLE WATERS' MOT. TO DISMISS /
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5653388.1
- 2 -