1  Thomas B. Mayhew (State Bar No. 183539)
     tmayhew@fbm.com
2  Carly O. Alameda (State Bar No. 244424)
     calameda@fbm.com
3  Andrew A. Bozant (State Bar No. 305143)
     abozant@fbm.com
4  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Defendant
   NESTLE WATERS NORTH AMERICA INC.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  RICHARD ROZ, SHNEUR            Case No.  2:16-cv-4418-SVW (JEMx)
    GOTTLIEB and YEHOSHUA
13  BLUM, on behalf of themselves and   **NESTLE WATERS NORTH**
    all others similarly situated,      **AMERICA INC.'S ANSWER TO**
14                                       **PLAINTIFFS' SECOND AMENDED**
                   Plaintiffs,           **COMPLAINT**
15
          vs.
16                                       Judge: Hon. Stephen V. Wilson
    NESTLE WATERS NORTH
17  AMERICA INC., a Delaware             **Jury Trial Demanded**
    Corporation, dba READYREFRESH
18  BY NESTLE, and DOES 1 through
    100, inclusive,
19
                   Defendant.
20

21

22          Defendant Nestle Waters North America Inc. answers Plaintiffs' Second

23  Amended Complaint ("Complaint") as follows:

24          1.      Nestle Waters admits that Plaintiffs' Complaint is brought pursuant to

25  California's Unfair Competition Law and Cal. Bus. & Prof. Code § 17535.

26  However, this Court dismissed Plaintiffs' claims brought under California's

27  Automatic Purchase Renewal Statute.  To the extent not admitted herein, Nestle

28  Waters denies the allegations in Paragraph 1 of the Complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

1    2.    Nestle Waters denies the allegations in Paragraph 2 of the Complaint.

2    3.    Nestle Waters denies the allegations in Paragraph 3 of the Complaint,

3    including the allegations in subparts a. – c.

4    4.    Nestle Waters is without information or knowledge sufficient to form a

5    belief as to the truth of the allegations in Paragraph 4 of the Complaint, and

6    therefore denies the same.

7    5.    The allegations in Paragraph 5 of the Complaint are conclusions of law

8    to which no response is required.  To the extent a response is required, Nestle

9    Waters denies the allegations in Paragraph 5 of the Complaint.

10                        **JURISDICTION AND VENUE**

11    6.    Nestle Waters admits the allegations in Paragraph 6 of the Complaint.

12    7.    Responding to Paragraph 7 of the Complaint, without admitting the

13    allegations and legal contentions, Nestle Waters does not contest personal

14    jurisdiction for purposes of this case.

15    8.    Nestle Waters admits that this action arises out of alleged violations of

16    California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq*.,

17    and Cal. Bus. & Prof. Code § 17535, but it denies violating any of those statutes.

18    To the extent not expressly admitted herein, Nestle Waters denies the allegations in

19    Paragraph 8 of the Complaint.

20    9.    Nestle Waters admits that venue is proper for the Central District of

21    California pursuant to 28 U.S.C. § 1391 based on Plaintiffs' allegations concerning

22    their residence and purchases.  To the extent not expressly admitted herein, Nestle

23    Waters denies the allegations in Paragraph 9 of the Complaint.

24    10.    Nestle Waters is without information or knowledge sufficient to form a

25    belief as to the truth of the allegations in Paragraph 10 of the Complaint, and

26    therefore denies the same.

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /          - 2 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

**PARTIES**

11.     The allegations in Paragraph 11 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, Nestle Waters is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint, and therefore denies the same.

12.     The allegations in Paragraph 12 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, Nestle Waters is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint, and therefore denies the same.

13.     The allegations in Paragraph 13 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, Nestle Waters is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint, and therefore denies the same, and specifically denies that Plaintiff Blum's purchases were as a "consumer."

14.     Nestle Waters admits the allegations in Paragraph 14 of the Complaint.

15.     Nestle Waters admits that it distributes, sells, and delivers water and other beverage products throughout the United States, including in the State of California and in the County of Los Angeles, and within this judicial district.  To the extent not admitted herein, Nestle Waters denies the allegations in Paragraph 15 of the Complaint.

16.     The allegations in Paragraph 16 are conclusions of law to which no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 16 of the Complaint.

17.     Nestle Waters adopts and re-alleges its responses to Paragraphs 1 – 16 of the Complaint.

18.     Nestle Waters denies the allegations in Paragraph 18 of the Complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /          - 3 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

19.    The allegations in Paragraph 19 are conclusions of law to which no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 19 of the Complaint.

20.    Nestle Waters admits that it sells some products to some consumers by telephone and over the Internet, but otherwise denies the allegations in Paragraph 20 of the Complaint.

21.    Nestle Waters admits that some of its transactions with some of its customers are completed using credit or debit card information.  To the extent not admitted herein, Nestle Waters denies the allegations in Paragraph 21 of the Complaint.

22.    Nestle Waters denies the allegations in Paragraph 22 of the Complaint.

23.    Nestle Waters denies the allegations in Paragraph 23 of the Complaint.

24.    Nestle Waters denies the allegations in Paragraph 24 of the Complaint.

25.    Nestle Waters denies the allegations in Paragraph 25 of the Complaint.

26.    Nestle Waters denies the allegations in Paragraph 26 of the Complaint.

27.    Nestle Waters admits the allegations in Paragraph 27 of the Complaint.

28.    Nestle Waters denies the allegations in Paragraph 28 of the Complaint.

29.    Nestle Waters denies the allegations in Paragraph 29 of the Complaint.

30.    The allegations in Paragraph 30 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 30 of the Complaint.

31.    The allegations in Paragraph 31 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 31 of the Complaint.

32.    The allegations in Paragraph 32 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 32 of the Complaint.

33.    Nestle Waters denies the allegations in Paragraph 33 of the Complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

- 4 -

34.   Nestle Waters denies the allegations in Paragraph 34 of the Complaint.

35.   Nestle Waters denies the allegations in Paragraph 35 of the Complaint.

36.   Nestle Waters denies the allegations in Paragraph 36 of the Complaint.

37.   Nestle Waters denies the allegations in Paragraph 37 of the Complaint.

38.   Nestle Waters denies the allegations in Paragraph 38 of the Complaint.

39.   Nestle Waters denies the allegations in Paragraph 39 of the Complaint.

40.   Nestle Waters denies the allegations in Paragraph 40 of the Complaint.

41.   Nestle Waters denies the allegations in Paragraph 41 of the Complaint.

42.   Nestle Waters denies the allegations in Paragraph 42 of the Complaint.

43.   Nestle Waters denies the allegations in Paragraph 43 of the Complaint.

44.   Nestle Waters denies the allegations in Paragraph 44 of the Complaint.

45.   Nestle Waters denies the allegations in Paragraph 45 of the Complaint.

## FACTS SPECIFIC TO PLAINTIFF GOTTLIEB

46.   Nestle Waters admits the allegations in Paragraph 46 of the Complaint.

47.   Nestle Waters admits that Plaintiff Gottlieb provided his credit card information to Nestle Waters to purchase his initial December 2013 order, described in Paragraph 46 of the Complaint.  To the extent not admitted herein, Nestle Waters denies the allegations in Paragraph 47 of the Complaint.

48.   Nestle Waters admits that Plaintiff Gottlieb provided his credit card information to Nestle Waters on or about December of 2013, and that Nestle Waters charged Plaintiff Gottlieb's credit card on or about December of 2013 for his initial order.  To the extent not admitted herein, Nestle Waters denies the allegations in Paragraph 48 of the Complaint.

49.   Nestle Waters denies the allegations in Paragraph 49 of the Complaint.

50.   Nestle Waters denies the allegations in Paragraph 50 of the Complaint.

51.   Nestle Waters admits the allegations in Paragraph 51 of the Complaint.

52.   Nestle Waters is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint, and

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

- 5 -

1    therefore denies the same.

2         53.    Nestle Waters is without information or knowledge sufficient to form a

3    belief as to the truth of the allegations in Paragraph 53 of the Complaint, and

4    therefore denies the same.

5         54.    Nestle Waters is without information or knowledge sufficient to form a

6    belief as to the truth of the allegations in Paragraph 54 of the Complaint, and

7    therefore denies the same.

8         55.    Nestle Waters denies the allegations in Paragraph 55 of the Complaint.

9         56.    Nestle Waters denies the allegations in Paragraph 56 of the Complaint.

10        57.    Nestle Waters denies the allegations in Paragraph 57 of the Complaint.

11        58.    Nestle Waters admits that on or about January of 2014, Plaintiff

12   Gottlieb's credit card was charged for Nestle Waters' second shipment of products.

13   To the extent not admitted herein, Nestle Waters denies the allegations in Paragraph

14   58 of the Complaint.

15        59.    Nestle Waters denies the allegations in Paragraph 59 of the Complaint.

16        60.    The allegations in Paragraph 60 of the Complaint are conclusions of

17   law to which no response is required.  To the extent a response is required, Nestle

18   Waters denies the allegations in Paragraph 60 of the Complaint.

19        61.    Nestle Waters denies the allegations in Paragraph 61 of the Complaint.

20        62.    Nestle Waters denies the allegations in Paragraph 62 of the Complaint.

21        63.    Nestle Waters is without information or knowledge sufficient to form a

22   belief as to the truth of the allegations in Paragraph 63 of the Complaint, and

23   therefore denies the same.

24        64.    Nestle Waters denies the allegations in Paragraph 64 of the Complaint.

25        65.    Nestle Waters denies the allegations in Paragraph 65 of the Complaint.

26        66.    Nestle Waters denies the allegations in Paragraph 66 of the Complaint.

27        67.    Nestle Waters denies the allegations in Paragraph 67 of the Complaint.

28        68.    Nestle Waters denies the allegations in Paragraph 68 of the Complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /          - 6 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

69. Nestle Waters denies the allegations in Paragraph 69 of the Complaint.

70. Nestle Waters denies the allegations in Paragraph 70 of the Complaint.

71. Nestle Waters denies the allegations in Paragraph 71 of the Complaint.

72. Nestle Waters denies the allegations in Paragraph 72 of the Complaint.

### FACTS SPECIFIC TO PLAINTIFF BLUM

73. Nestle Waters admits the allegations in Paragraph 73 of the Complaint.

74. Nestle Waters admits that Plaintiff Blum provided his credit card information to Nestle Waters to purchase his initial July 2013 order.  To the extent not admitted herein, Nestle Waters denies the allegations in Paragraph 74 of the Complaint.

75. Nestle Waters admits that Plaintiff Blum provided his credit card information to Nestle Waters on or about July of 2013, and that Nestle Waters charged Plaintiff Blum's credit card on or about July of 2013 for his initial order. To the extent not admitted herein, Nestle Waters denies the allegations in Paragraph 75 of the Complaint.

76. Nestle Waters denies the allegations in Paragraph 76 of the Complaint.

77. Nestle Waters denies the allegations in Paragraph 77 of the Complaint.

78. Nestle Waters admits the allegations in Paragraph 78 of the Complaint.

79. Nestle Waters is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 79 of the Complaint, and therefore denies the same.

80. Nestle Waters is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 80 of the Complaint, and therefore denies the same.

81. Nestle Waters is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 81 of the Complaint, and therefore denies the same.

82. Nestle Waters denies the allegations in Paragraph 82 of the Complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

- 7 -

1      83.     Nestle Waters denies the allegations in Paragraph 83 of the Complaint.

2      84.     Nestle Waters denies the allegations in Paragraph 84 of the Complaint.

3      85.     Nestle Waters admits that on or about August of 2014, Plaintiff

4 Blum's credit card was charged for Nestle Waters' second shipment of products.

5 To the extent not admitted herein, Nestle Waters denies the allegations in Paragraph

6 85 of the Complaint.

7      86.     Nestle Waters denies the allegations in Paragraph 86 of the Complaint.

8      87.     The allegations in Paragraph 87 of the Complaint are conclusions of

9 law to which no response is required.  To the extent a response is required, Nestle

10 Waters denies the allegations in Paragraph 87 of the Complaint.

11      88.     Nestle Waters denies the allegations in Paragraph 88 of the Complaint.

12      89.     Nestle Waters denies the allegations in Paragraph 89 of the Complaint.

13      90.     Nestle Waters denies the allegations in Paragraph 90 of the Complaint.

14      91.     Nestle Waters denies the allegations in Paragraph 91 of the Complaint.

15              **FACTS SPECIFIC TO PLAINTIFF ROZ**

16      92.     Nestle Waters admits that Plaintiff Roz first purchased products from

17 Nestle Waters on or around December of 2009.  Nestle Waters further admits that

18 Plaintiff Roz initially ordered "Pure Savings Plan 4 Bottles" for 29.96, excluding

19 equipment rental, delivery, tax, and other fees.  Nestle Waters admits that, to

20 purchase the products in his initial order, Plaintiff Roz provided Nestle Waters with

21 his credit card information, and that his credit card was charged on or around

22 December of 2009 for those products.  To the extent not admitted herein, Nestle

23 Waters denies the allegations in Paragraph 92 of the Complaint.

24      93.     Nestle Waters is without information or knowledge sufficient to form a

25 belief as to the truth of the allegations in Paragraph 93 of the Complaint, and

26 therefore denies the same.

27      94.     The allegations in Paragraph 94 of the Complaint are conclusions of

28 law to which no response is required.  To the extent a response is required, Nestle

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /            - 8 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

1   Waters denies the allegations in Paragraph 94 of the Complaint.

2       95.   Nestle Waters denies the allegations in Paragraph 95 of the Complaint.

3       96.   Nestle Waters denies the allegations in Paragraph 96 of the Complaint.

4       97.   Nestle Waters denies the allegations in Paragraph 97 of the Complaint.

5       98.   Nestle Waters is without information or knowledge sufficient to form a
6   belief as to the truth of the allegations in Paragraph 98 of the Complaint, and
7   therefore denies the same.

8       99.   Nestle Waters denies the allegations in Paragraph 99 of the Complaint.

9       100.  Nestle Waters denies the allegations in Paragraph 100 of the
10  Complaint.

11      101.  Nestle Waters denies the allegations in Paragraph 101 of the
12  Complaint.

13      102.  Nestle Waters denies the allegations in Paragraph 102 of the
14  Complaint.

15      103.  Nestle Waters denies the allegations in Paragraph 103 of the
16  Complaint.

17      104.  Nestle Waters is without information or knowledge sufficient to form a
18  belief as to the truth of the allegations in Paragraph 104 of the Complaint, and
19  therefore denies the same.

20      105.  The allegations in Paragraph 105 of the Complaint are conclusions of
21  law to which no response is required.  To the extent a response is required, Nestle
22  Waters denies the allegations in Paragraph 105 of the Complaint.

23      106.  Nestle Waters is without information or knowledge sufficient to form a
24  belief as to the truth of the allegations in Paragraph 106 of the Complaint, and
25  therefore denies the same.

26      107.  Nestle Waters is without information or knowledge sufficient to form a
27  belief as to the truth of the allegations in Paragraph 107 of the Complaint, and
28  therefore denies the same.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /                      - 9 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

1    108.   Nestle Waters denies the allegations in Paragraph 108 of the

2    Complaint.

3    109.   Nestle Waters denies the allegations in Paragraph 109 of the

4    Complaint.

5    110.   Nestle Waters is without information or knowledge sufficient to form a

6    belief as to the truth of the allegations in Paragraph 110 of the Complaint, and

7    therefore denies the same.

8    111.   Nestle Waters denies the allegations in Paragraph 111 of the

9    Complaint.

10    112.   Nestle Waters denies the allegations in Paragraph 112 of the

11    Complaint.

12    113.   Nestle Waters denies the allegations in Paragraph 113 of the

13    Complaint.

14    114.   Nestle Waters denies the allegations in Paragraph 114 of the

15    Complaint.

16    115.   The allegations in Paragraph 115 of the Complaint are conclusions of

17    law to which no response is required.  To the extent a response is required, Nestle

18    Waters denies the allegations in Paragraph 115 of the Complaint.

19    116.   Nestle Waters denies the allegations in Paragraph 116 of the

20    Complaint.

21    117.   Nestle Waters is without information or knowledge sufficient to form a

22    belief as to the truth of the allegations in Paragraph 117 of the Complaint, and

23    therefore denies the same.

24    118.   Nestle Waters denies the allegations in Paragraph 118 of the

25    Complaint.

26    119.   Nestle Waters denies the allegations in Paragraph 119 of the

27    Complaint.

28    120.   Nestle Waters denies the allegations in Paragraph 120 of the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /          - 10 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

Complaint.

121.   Nestle Waters denies the allegations in Paragraph 121 of the Complaint.

122.   The allegations in Paragraph 122 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 122 of the Complaint.

123.   Nestle Waters denies the allegations in Paragraph 123 of the Complaint.

124.   Nestle Waters denies the allegations in Paragraph 124 of the Complaint.

125.   Nestle Waters is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 125 of the Complaint, and therefore denies the same.

126.   Nestle Waters denies the allegations in Paragraph 126 of the Complaint.

127.   Nestle Waters denies the allegations in Paragraph 127 of the Complaint.

128.   Nestle Waters denies the allegations in Paragraph 128 of the Complaint.

129.   Nestle Waters denies the allegations in Paragraph 129 of the Complaint.

130.   Nestle Waters denies the allegations in Paragraph 130 of the Complaint.

131.   Nestle Waters denies the allegations in Paragraph 131 of the Complaint.

132.   Nestle Waters denies the allegations in Paragraph 132 of the Complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /          - 11 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

# CLASS ALLEGATIONS[1]

133. Nestle Waters denies the allegations in Paragraph 133 of the Complaint.

134. Nestle Waters denies the allegations in Paragraph 134 of the Complaint.

135. Nestle Waters denies the allegations in Paragraph 129, located on pp. 22-23, of the Complaint.

136. Nestle Waters denies the allegations in Paragraph 130, located on p. 23, of the Complaint.

137. Nestle Waters denies the allegations in Paragraph 131, located on p. 23, of the Complaint.

138. Nestle Waters denies the allegations in Paragraph 132, located on p. 23, of the Complaint.

139. Nestle Waters denies the allegations in Paragraph 133, located on pp. 23-24, of the Complaint.

140. Nestle Waters denies the allegations in Paragraph 134, including its subparts a. – j.,  located on pp. 24-25, of the Complaint.

141. Nestle Waters denies the allegations in Paragraph 135, located on p. 25, of the Complaint.

## COUNT 1: VIOLATION OF THE CALIFORNIA AUTOMATIC PURCHASE RENEWAL STATUTE
### Cal. Bus. & Prof. Code § 17602(a)(1)

142. Nestle Waters adopts and re-alleges its responses to Paragraphs 1 – 141 of the Complaint.

143. Count 1 of Plaintiffs' Complaint, including Paragraph 137, was dismissed by this Court with prejudice, and no response is required.  To the extent a

---

[1] Beginning on p. 22, Paragraph 129 of the Complaint, Plaintiffs incorrectly adopt a new number sequence.  Plaintiffs' Paragraph 134 is followed by Paragraphs 129, 130, and so on.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

- 12 -

1   response is required, Nestle Waters denies the allegations in Paragraph 137 of the

2   Complaint.

3         144.   Count 1 of Plaintiffs' Complaint, including Paragraph 138, was

4   dismissed by this Court with prejudice, and no response is required.  To the extent a

5   response is required, Nestle Waters denies the allegations in Paragraph 138 of the

6   Complaint.

7         145.   Count 1 of Plaintiffs' Complaint, including Paragraph 139, was

8   dismissed by this Court with prejudice, and no response is required.  To the extent a

9   response is required, Nestle Waters denies the allegations in Paragraph 139 of the

10   Complaint.

11         146.   Count 1 of Plaintiffs' Complaint, including Paragraph 140, was

12   dismissed by this Court with prejudice, and no response is required.  To the extent a

13   response is required, Nestle Waters denies the allegations in Paragraph 140 of the

14   Complaint.

15         147.   Count 1 of Plaintiffs' Complaint, including Paragraph 141, was

16   dismissed by this Court with prejudice, and no response is required.  To the extent a

17   response is required, Nestle Waters denies the allegations in Paragraph 141 of the

18   Complaint.

19         148.   Count 1 of Plaintiffs' Complaint, including Paragraph 142, was

20   dismissed by this Court with prejudice, and no response is required.  To the extent a

21   response is required, Nestle Waters denies the allegations in Paragraph 142 of the

22   Complaint.

23         **COUNT 2: VIOLATION OF THE CALIFORNIA AUTOMATIC**

24         **PURCHASE RENEWAL STATUTE**

25         **Cal. Bus. & Prof. Code §§ 17602(a)(2) and 17603**

26         149.   Nestle Waters adopts and re-alleges its responses to Paragraphs 1 –

27   148 of the Complaint.

28         150.   Count 2 of Plaintiffs' Complaint, including Paragraph 144, was

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /                    - 13 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

1   dismissed by this Court with prejudice, and no response is required.  To the extent a
2   response is required, Nestle Waters denies the allegations in Paragraph 144 of the
3   Complaint.

4        151.   Count 2 of Plaintiffs' Complaint, including Paragraph 145, was
5   dismissed by this Court with prejudice, and no response is required.  To the extent a
6   response is required, Nestle Waters denies the allegations in Paragraph 145 of the
7   Complaint.

8        152.   Count 2 of Plaintiffs' Complaint, including Paragraph 146, was
9   dismissed by this Court with prejudice, and no response is required.  To the extent a
10   response is required, Nestle Waters denies the allegations in Paragraph 146 of the
11   Complaint.

12        153.   Count 2 of Plaintiffs' Complaint, including Paragraph 147, was
13   dismissed by this Court with prejudice, and no response is required.  To the extent a
14   response is required, Nestle Waters denies the allegations in Paragraph 147 of the
15   Complaint.

16        154.   Count 2 of Plaintiffs' Complaint, including Paragraph 148, was
17   dismissed by this Court with prejudice, and no response is required.  To the extent a
18   response is required, Nestle Waters denies the allegations in Paragraph 148 of the
19   Complaint.

20        155.   Count 2 of Plaintiffs' Complaint, including Paragraph 149, was
21   dismissed by this Court with prejudice, and no response is required.  To the extent a
22   response is required, Nestle Waters denies the allegations in Paragraph 149 of the
23   Complaint.

24        156.   Count 2 of Plaintiffs' Complaint, including Paragraph 150, was
25   dismissed by this Court with prejudice, and no response is required.  To the extent a
26   response is required, Nestle Waters denies the allegations in Paragraph 150 of the
27   Complaint.

28        157.   Count 2 of Plaintiffs' Complaint, including Paragraph 151, was

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /                          - 14 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

1  dismissed by this Court with prejudice, and no response is required.  To the extent a

2  response is required, Nestle Waters denies the allegations in Paragraph 151 of the

3  Complaint.

4  **COUNT 3: VIOLATION OF THE CALIFORNIA AUTOMATIC**

5  **PURCHASE RENEWAL STATUTE**

6  **Cal. Bus. & Prof. Code § 17602(a)(3)**

7      158.   Nestle Waters adopts and re-alleges its responses to Paragraphs 1 –

8  157 of the Complaint.

9      159.   Count 3 of Plaintiffs' Complaint, including Paragraph 153, was

10  dismissed by this Court with prejudice, and no response is required.  To the extent a

11  response is required, Nestle Waters denies the allegations in Paragraph 153 of the

12  Complaint.

13      160.   Count 3 of Plaintiffs' Complaint, including Paragraph 154, was

14  dismissed by this Court with prejudice, and no response is required.  To the extent a

15  response is required, Nestle Waters denies the allegations in Paragraph 154 of the

16  Complaint.

17      161.   Count 3 of Plaintiffs' Complaint, including Paragraph 155, was

18  dismissed by this Court with prejudice, and no response is required.  To the extent a

19  response is required, Nestle Waters denies the allegations in Paragraph 155 of the

20  Complaint.

21      162.   Count 3 of Plaintiffs' Complaint, including Paragraph 156, was

22  dismissed by this Court with prejudice, and no response is required.  To the extent a

23  response is required, Nestle Waters denies the allegations in Paragraph 156 of the

24  Complaint.

25      163.   Count 3 of Plaintiffs' Complaint, including Paragraph 157, was

26  dismissed by this Court with prejudice, and no response is required.  To the extent a

27  response is required, Nestle Waters denies the allegations in Paragraph 157 of the

28  Complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /                    - 15 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

164.   Count 3 of Plaintiffs' Complaint, including Paragraph 158, was dismissed by this Court with prejudice, and no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 158 of the Complaint.

165.   Count 3 of Plaintiffs' Complaint, including Paragraph 159, was dismissed by this Court with prejudice, and no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 159 of the Complaint.

166.   Count 3 of Plaintiffs' Complaint, including Paragraph 160, was dismissed by this Court with prejudice, and no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 160 of the Complaint.

167.   Count 3 of Plaintiffs' Complaint, including Paragraph 161, was dismissed by this Court with prejudice, and no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 161 of the Complaint.

## COUNT 4: VIOLATION OF THE CALIFORNIA AUTOMATIC
## PURCHASE RENEWAL STATUTE
### Cal. Bus. & Prof. Code § 17602(c)

168.   Nestle Waters adopts and re-alleges its responses to Paragraphs 1 – 167 of the Complaint.

169.   Count 4 of Plaintiffs' Complaint, including Paragraph 163, was dismissed by this Court with prejudice, and no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 163 of the Complaint.

170.   Count 4 of Plaintiffs' Complaint, including Paragraph 164, was dismissed by this Court with prejudice, and no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 164 of the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /                    - 16 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

1   Complaint.

2        171.   Count 4 of Plaintiffs' Complaint, including Paragraph 165, was

3   dismissed by this Court with prejudice, and no response is required.  To the extent a

4   response is required, Nestle Waters denies the allegations in Paragraph 165 of the

5   Complaint.

6        172.   Count 4 of Plaintiffs' Complaint, including Paragraph 166, was

7   dismissed by this Court with prejudice, and no response is required.  To the extent a

8   response is required, Nestle Waters denies the allegations in Paragraph 166 of the

9   Complaint.

10        173.   Count 4 of Plaintiffs' Complaint, including Paragraph 167, was

11   dismissed by this Court with prejudice, and no response is required.  To the extent a

12   response is required, Nestle Waters denies the allegations in Paragraph 167 of the

13   Complaint.

14        174.   Count 4 of Plaintiffs' Complaint, including Paragraph 168, was

15   dismissed by this Court with prejudice, and no response is required.  To the extent a

16   response is required, Nestle Waters denies the allegations in Paragraph 168 of the

17   Complaint.

18        175.   Count 4 of Plaintiffs' Complaint, including Paragraph 169, was

19   dismissed by this Court with prejudice, and no response is required.  To the extent a

20   response is required, Nestle Waters denies the allegations in Paragraph 169 of the

21   Complaint.

22        176.   Count 4 of Plaintiffs' Complaint, including Paragraph 170, was

23   dismissed by this Court with prejudice, and no response is required.  To the extent a

24   response is required, Nestle Waters denies the allegations in Paragraph 170 of the

25   Complaint.

26        177.   Count 4 of Plaintiffs' Complaint, including Paragraph 171, was

27   dismissed by this Court with prejudice, and no response is required.  To the extent a

28   response is required, Nestle Waters denies the allegations in Paragraph 171 of the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /              - 17 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

1    Complaint.

2       178.   Count 4 of Plaintiffs' Complaint, including Paragraph 172, was

3 dismissed by this Court with prejudice, and no response is required. To the extent a

4 response is required, Nestle Waters denies the allegations in Paragraph 172 of the

5 Complaint.

6       179.   Count 4 of Plaintiffs' Complaint, including Paragraph 173, was

7 dismissed by this Court with prejudice, and no response is required. To the extent a

8 response is required, Nestle Waters denies the allegations in Paragraph 173 of the

9 Complaint.

10 **COUNT 5: VIOLATION OF THE CALIFORNIA'S UNFAIR**

11 **COMPETITION LAW**

12 **Cal. Bus. & Prof. Code §§ 176200,** *et seq.*

13       180.   Nestle Waters adopts and re-alleges its responses to Paragraphs 1 –

14 179 of the Complaint.

15       181.   The allegations in Paragraph 175 of the Complaint are conclusions of

16 law to which no response is required. To the extent a response is required, Nestle

17 Waters denies the allegations in Paragraph 175 of the Complaint.

18       182.   The allegations in Paragraph 176 of the Complaint are conclusions of

19 law to which no response is required. To the extent a response is required, Nestle

20 Waters denies the allegations in Paragraph 176 of the Complaint.

21       183.   Nestle Waters denies the allegations in Paragraph 177 of the

22 Complaint.

23       184.   The allegations in Paragraph 178 of the Complaint are conclusions of

24 law to which no response is required. To the extent a response is required, Nestle

25 Waters denies the allegations in Paragraph 178 of the Complaint.

26       185.   Nestle Waters denies the allegations in Paragraph 179 of the

27 Complaint.

28       186.   Nestle Waters denies the allegations in Paragraph 180 of the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

- 18 -

1    Complaint.

2         187.   Nestle Waters denies the allegations in Paragraph 181 of the

3    Complaint.

4         188.   Nestle Waters denies the allegations in Paragraph 182 of the

5    Complaint.

6         189.   The allegations in Paragraph 183 of the Complaint are conclusions of

7    law to which no response is required.  To the extent a response is required, Nestle

8    Waters denies the allegations in Paragraph 183 of the Complaint.

9    190.   Nestle Waters denies the allegations in Paragraph 184 of the Complaint.

10   191.   Nestle Waters denies the allegations in Paragraph 185 of the Complaint.

11   192.   Nestle Waters denies the allegations in Paragraph 186 of the Complaint.

12   193.   Nestle Waters denies the allegations in Paragraph 187 of the Complaint.

13   194.   Nestle Waters denies the allegations in Paragraph 188 of the Complaint.

14   195.   Nestle Waters denies the allegations in Paragraph 189 of the Complaint.

15   196.   The allegations in Paragraph 190 of the Complaint are conclusions of law

16   to which no response is required.  To the extent a response is required, Nestle Waters

17   denies the allegations in Paragraph 190 of the Complaint.

18   197.   The allegations in Paragraph 191 of the Complaint are conclusions of law

19   to which no response is required.  To the extent a response is required, Nestle Waters

20   denies the allegations in Paragraph 191 of the Complaint.

21   198.   Nestle Waters denies the allegations in Paragraph 192 of the Complaint.

22   199.   Nestle Waters denies the allegations in Paragraph 193 of the Complaint.

23   200.   Nestle Waters denies the allegations in Paragraph 194 of the Complaint.

24   201.   Nestle Waters denies the allegations in Paragraph 195 of the Complaint.

25   202.   Nestle Waters denies the allegations in Paragraph 196 of the Complaint.

26   203.   Nestle Waters denies the allegations in Paragraph 197 of the Complaint.

27   204.   The allegations in Paragraph 198 of the Complaint are conclusions of law

28   to which no response is required.  To the extent a response is required, Nestle Waters

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /                    - 19 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

denies the allegations in Paragraph 198 of the Complaint.

205.  Nestle Waters denies the allegations in Paragraph 199 of the Complaint.

206.  Nestle Waters denies the allegations in Paragraph 200 of the Complaint.

207.  Nestle Waters denies the allegations in Paragraph 201 of the Complaint.

208.  Nestle Waters denies the allegations in Paragraph 202 of the Complaint.

209.  Nestle Waters denies the allegations in Paragraph 203 of the Complaint.

210.  Nestle Waters denies the allegations in Paragraph 204 of the Complaint.

211.  The allegations in Paragraph 205 of the Complaint do not require a response from Nestle Waters.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 205 of the Complaint.

### COUNT 6: VIOLATION OF CAL. BUS. & PROF. CODE § 17535

212.  Nestle Waters adopts and re-alleges its responses to Paragraphs 1 – 211 of the Complaint.

213.  The allegations in Paragraph 207 of the Complaint are conclusions of law to which no response is required.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 207 of the Complaint.

214.  Nestle Waters denies the allegations in Paragraph 208 of the Complaint.

215.  Nestle Waters denies the allegations in Paragraph 209 of the Complaint.

216.  Nestle Waters denies the allegations in Paragraph 210 of the Complaint.

217.  Nestle Waters denies the allegations in Paragraph 211 of the Complaint.

218.  Nestle Waters denies the allegations in Paragraph 212 of the Complaint.

219.  Nestle Waters denies the allegations in Paragraph 213 of the Complaint.

220.  The allegations in Paragraph 214 of the Complaint do not require a response from Nestle Waters.  To the extent a response is required, Nestle Waters denies the allegations in Paragraph 214 of the Complaint.

### NESTLE WATERS' AFFIRMATIVE DEFENSES

Nestle Waters alleges the following separate affirmative defenses to the causes of action alleged in Plaintiffs Complaint.  By alleging these affirmative

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /          - 20 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

1   defenses, Nestle Waters does not agree or concede that it has the burden of proof of

2   any element of these defenses.  Nestle Waters further states that it has insufficient

3   knowledge or information upon which to form a belief as to whether it may have

4   additional, separate defenses, and therefore reserves the right to assert additional,

5   separate affirmative defenses in the event discovery indicates such affirmative

6   defenses are appropriate.  As separate affirmative defenses to the Complaint, and to

7   each purported cause of action asserted therein, Nestle Waters alleges as follows:

8   ### FIRST AFFIRMATIVE DEFENSE

9   The Complaint, and each purported cause of action therein, fails to state a

10  claim upon which relief may be granted.

11  ### SECOND AFFIRMATIVE DEFENSE

12  The claims of Plaintiffs and/or members of the putative class are barred, in

13  whole or in part, by the applicable statute of limitations.

14  ### THIRD AFFIRMATIVE DEFENSE

15  The relief sought by Plaintiffs on behalf of themselves and the alleged class

16  is barred, in whole or in part, because the alleged damages sought are too

17  speculative and uncertain, and because of the impossibility of the ascertainment and

18  allocation of such alleged damages.

19  ### FOURTH AFFIRMATIVE DEFENSE

20  Plaintiffs may not maintain this lawsuit as a class action because the alleged

21  class is not ascertainable.

22  ### FIFTH AFFIRMATIVE DEFENSE

23  Plaintiffs may not maintain this lawsuit as a class action because common

24  questions of fact and law do not predominate over individual issues.

25  ### SIXTH AFFIRMATIVE DEFENSE

26  Plaintiffs may not maintain this lawsuit as a class action because the claims

27  of the purported class representatives are not sufficiently typical of those of the

28  purported class.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

- 21 -

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs may not maintain this lawsuit as a class action because the purported class representatives and/or their counsel will not fairly and adequately represent the purported class.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs may not maintain this lawsuit as a class action because a class action is not a superior method for adjudicating the purported claims set forth in the Complaint.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs and/or members of the putative class have failed to mitigate damages, if any, and recovery should be reduced or denied accordingly.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs and/or members of the putative class unreasonably delayed in bringing this action to the prejudice of Nestle Waters, and are thus precluded from any recovery whatsoever under the doctrine of laches.

## ELEVENTH AFFIRMATIVE DEFENSE

Any acts or failures to act on the part of Nestle Waters were excused by the conduct and actions of Plaintiffs and/or members of the putative class.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs and/or members of the putative class are barred from asserting this action because they ratified, consented to, or approved any wrongful conduct.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs and/or members of the putative class would be unjustly enriched if they are allowed to keep and be refunded for Nestle Waters' products after intentionally and knowingly ordering products they wanted and used.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs and/or members of the putative class, by their conduct, including but not limited to encouraging Nestle Waters to deliver its products, are estopped

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

- 22 -

from asserting any of the causes of action in the Complaint.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs and/or members of the putative class, by their conduct, including but not limited to intentionally and knowingly providing Nestle Waters with their credit card numbers to be charged for each order they placed, waived any and all claims against Nestle Waters.

## SIXTEENTH AFFIRMATIVE DEFENSE

To the extent Nestle Waters has a claim against Plaintiffs and/or members of the putative class for any amounts owed to Nestle Waters, such amounts should offset any recovery to which Plaintiffs and/or members of the putative class are entitled.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The amount of restitution should be reduced to account for any benefits received by Plaintiffs and/or class members in the transactions complained of.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The claims of Plaintiffs and/or members of the putative class are barred from civil remedy because Nestle Waters complied, or substantially complied, with the Automatic Renewal Law in good faith, as provided in California Business & Professions Code section 17604.

## NINETEENTH AFFIRMATIVE DEFENSE

The claims of Plaintiffs and/or members of the putative class are barred because they lack standing or injury in fact.

## PRAYER FOR RELIEF

WHEREFORE, Nestle Waters prays for judgment as follows:

1. That Plaintiffs take nothing by way of their Complaint;

2. That the Court enter judgment for Nestle Waters;

3. That Nestle Waters be awarded its costs of suit;

4. That Nestle Waters be awarded its attorneys' fees, to the extent

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /                 - 23 -
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2

1    authorized by statute or contract; and

2        5.      For such other and further relief as the court may deem proper.

3

4

5    Dated:  January 25, 2017                    FARELLA BRAUN + MARTEL LLP

6

7                                        By:  /s/ Thomas B. Mayhew
                                              Thomas B. Mayhew

8                                        Attorneys for Defendant
9                                        NESTLE WATERS NORTH
                                         AMERICA INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NESTLE WATERS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT /
CASE NO. 2:16-CV-4418 SVW (JEMX)
32977\5804183.2                              - 24 -