| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **HYDE & SWIGART** |
| Abbas Kazerounian, Esq. (249203) | Joshua B. Swigart, Esq. (225557) |
| ak@kazlg.com | josh@westcoastlitigation.com |
| Matthew M. Loker, Esq. (279939) | Veronica E. McKnight, Esq. (306562) |
| ml@kazlg.com | bonnie@westcoastlitigation.com |
| 245 Fischer Avenue, Unit D1 | Sara Khosroabadi, Esq. (299642) |
| Costa Mesa, CA 92626 | sara@westcoastlitigation.com |
| Telephone: (800) 400-6808 | 2221 Camino Del Rio South, Suite 101 |
| Facsimile: (800) 520-5523 | San Diego, CA 92108 |
| | Telephone: (619) 233-7770 |
| | Facsimile: (619) 297-1022 |

*Attorneys for Plaintiffs*,
Richard Roz; Shneur Gottlieb; and, Yehoshua Blum

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD ROZ; SHNEUR GOTTLIEB; AND, YEHOSHUA BLUM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | **Case No.:** CV16-4418 SVW (JEMx) |
| Plaintiffs, | **JOINT STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS MEMBERS' CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |
| v. | |
| **NESTLE WATERS NORTH AMERICA INC., A DELAWARE CORPORATION DBA READYREFRESH BY NESTLE,** | **HON. STEPHEN V. WILSON** |
| Defendant. | |

Plaintiffs RICHARD ROZ, SHNEUR GOTTLIEB, and, YEHOSHUA BLUM ("Plaintiffs"); and, Defendant NESTLE WATERS NORTH AMERICA INC. ("Nestle"), by and through their undersigned counsel, respectfully submit this Joint Stipulation for Dismissal pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.

## RECITALS

WHEREAS, Plaintiffs filed Plaintiffs' Class Action Complaint against Nestle on June 20, 2016 [ECF No. 1];

WHEREAS, Plaintiffs filed Plaintiffs' Second Amended Class Action Complaint against Nestle on September 22, 2016 [ECF No. 28];

WHEREAS, Nestle's Answer to the Second Amended Class Action Complaint was filed on January 25, 2017 [ECF No. 41];

WHEREAS, Plaintiffs' individual dispute with Nestle has been resolved;

## STIPULATION

NOW, THEREFORE, based on the foregoing, it is hereby stipulated by and between the Parties that Plaintiffs' individual claims are dismissed with prejudice; and, the putative class members' claims are dismissed without prejudice. Each side shall bear their own attorneys' fees and costs incurred herein.

**IT IS SO STIPULATED.**

Date: December 8, 2017                             **KAZEROUNI LAW GROUP, APC**

                                                   By: /s Matthew M. Loker
                                                       MATTHEW M. LOKER, ESQ.
                                                       ATTORNEY FOR PLAINTIFF

---

Case # CV16-4418 SVW (JEMx)        1 of 2        *Roz, et al. v. Nestle*
JOINT STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS MEMBERS' CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

**FARELLA BRAUN + MARTEL LLP**

By: ___s/ Thomas B. Mayhew__
THOMAS B. MAYHEW, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel and that I have obtained defense counsel's authorization to affix defense counsel's electronic signatures to this document.

Date: December 8, 2017

**KAZEROUNI LAW GROUP, APC**

By: __/s Matthew M. Loker_____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation to Dismiss* has been filed this 8th day of December 2017, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker____
Matthew M. Loker

---

Case # CV16-4418 SVW (JEMx)     2 of 2     *Roz, et al. v. Nestle*

JOINT STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS MEMBERS' CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)