# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD ROZ; SHNEUR GOTTLIEB; AND, YEHOSHUA BLUM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

v.

NESTLE WATERS NORTH AMERICA INC., A DELAWARE CORPORATION DBA READYREFRESH BY NESTLE,

Defendant.

Case No.: CV16-4418 SVW (JEMx)

[PROPOSED] ORDER OF DISMISSAL

HON. STEPHEN V. WILSON

JS-6

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders Plaintiffs' claims to be, and are, dismissed with prejudice while the claims of the putative class members are dismissed without prejudice. Each Party to bear their own attorneys' fees; and, costs.

**IT IS SO ORDERED.**

Dated: December 11, 2017

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE